UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

TIMOTHY J. UPCHURCH,

      Plaintiff,

v.

TIMOTHY M. O'BRIEN,
MARGARET M. O'BRIEN,
ALBERT D. MOUSTAKIS,
STEVEN M. LUCARELLI,
SHERIFF JOSEPH FATH,
DEPUTY SHERIFF ERIC NEFF, and
DEPUTY SHERIFF RANDALL SCHNEIDER,

      Defendants.

Case No. 3:19-cv-00165

## DEFENDANTS TIMOTHY M. O'BRIEN AND MARGARET M. O'BRIEN'S PETITION FOR AWARD OF SANCTIONS

NOW COME the Defendants Timothy M. O'Brien and Margaret M. O'Brien (collectively "O'Brien Defendants"), and pursuant to the Court's Order dated August 16, 2021 (Dkt. 82), petition the Court to enter judgment against Plaintiff and Plaintiff's counsel as follows:

(1) Attorney Timothy Provis is jointly and severely liable with Plaintiff Timothy Upchurch for $1,411.00; and

(2) Plaintiff Timothy Upchurch is liable to the O'Brien Defendants for $30,552.21.

This Petition is more fully supported by the Affidavit of Lori M. Lubinsky in Support of Defendants Timothy M. O'Brien and Margaret M. O'Brien's Petition for Award of Sanctions.

Dated this 1st day of September, 2021.

                        *s/ Lori M. Lubinsky*
                        Lori M. Lubinsky (State Bar #1027575)
                        Attorneys for Defendants Timothy M. O' Brien
                          and Margaret M. O' Brien
                        AXLEY BRYNELSON, LLP
                        P.O. Box 1767
                        Madison, WI 53701-1767
                        Telephone: (608) 257-5661
                        Email: llubinsky@axley.com