IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY J. UPCHURCH,

    Plaintiff,

v.                                                                                                                    19-cv-165-wmc

TIMOTHY M. O'BRIEN, MARGARET M.
O'BRIEN, ALBERT D. MOUSTAKIS,
STEVEN M. LUCARELLI, SHERIFF JOSEPH
FATH, DEPUTY SHERIFF ERIC NEFF and
DEPUTY SHERIFF RANDALL SCHNEIDER,

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Timothy O'Brien and Margaret O'Brien against plaintiff Timothy Upchurch and Attorney Timothy Provis, jointly and severally, in the amount of $31,963.21.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Steven Lucareli against plaintiff Timothy Upchurch and Attorney Timothy Provis, jointly and severally, in the amount of $11,520.00.

IT IS FURTHER ORDERED AND ADJUDGED that Attorney Timothy Provis is to pay $10,000 to the Clerk of Court, less any amount already repaid to Upchurch, representing the disgorgement of his payment for services rendered.

Approved as to form this 4th day of August, 2022.

_____
William M. Conley, District Judge

_____                                             August 4, 2022
Joel Turner, Clerk of Court                                                                  Date